# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**515**

**KAH 11-02376**

PRESENT: SCUDDER, P.J., SMITH, FAHEY, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
JAMES PEARCE, PETITIONER-APPELLANT,

V                                                                    ORDER

ROBERT A. KIRKPATRICK, SUPERINTENDENT, WENDE
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

THOMAS E. ANDRUSCHAT, EAST AURORA, FOR PETITIONER-APPELLANT.

--------------------------------------------------------------------------------------------

Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Penny M. Wolfgang, J.), dated October 18, 2010 in a proceeding pursuant to CPLR article 70.  The judgment, insofar as appealed from, denied the petition for a writ of habeas corpus.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985).

Entered:  April 20, 2012                                    Frances E. Cafarell
                                                            Clerk of the Court